# COMPOSITE EXHIBIT A

# Case Detail

| | |
|---|---|
| Broward County Case Number: **CACE15000317** | State Reporting Number: **062015CA000317AXXXCE** |
| Court Type: **Civil Division - Circuit Court** | Case Type: **Other - Insurance Claim** |
| Incident Date: **N/A** | Filing Date: **01/07/2015** |
| Court Location: **Central Courthouse** | Case Status: **Pending** |
| Magistrate ID / Name: **N/A** | Judge ID / Name: **13 Haury, William W., Jr.** |

Style: **Myles German Plaintiff vs. Metropolitan Life Insurance Company Defendant**

| Party(ies) | Disposition(s) | Event(s) |
|---|---|---|

[−] Party Detail

| Party Type | Party Name | Address (Per AOSC07-49, only the addresses of counsel can be displayed.) | Attorneys / Address ★ Denotes Lead Attorney (Per FL Bar Rule 1-3.3, the most current attorney contact information can be found on the Florida Bar website.) |
|---|---|---|---|
| Plaintiff | German, Myles | | ★ Sperry, Martin J Retained SPERRY & KASHI, P. A 100 nw 82nd Avenue Suite 305 Plantation, FL 33324 |
| Defendant | Metropolitan Life Insurance Company | | |

[−] Disposition Detail

| There is no disposition information available for this case. |
|---|

[−] Events, Hearings and Orders of the Court

| Date | Description | Additional Text |
|---|---|---|
| 01/12/2015 | **Filing Fee** | Payor: MARTIN SPERRY ; Userid: CTS-fg/t ; Receipt: 20151FA1A003152; ; Amount: $401.00 |
| 01/12/2015 | **Summons Issued Fee** | Payor: MARTIN SPERRY ; Userid: CTS-fg/t ; Receipt: 20151FA1A003152; ; Amount: $10.00 |
| 01/07/2015 | **Civil Cover Sheet** | |
| 01/07/2015 | **Complaint (eFiled)** | for Disability Benefits Party: *Plaintiff* German, Myles |
| 01/07/2015 | **eSummons Issuance** | Party: *Defendant* Metropolitan Life Insurance Company |

Perform Another Search    Back

Clicking the button above, exits your paid search.

 **CT Corporation**

**Service of Process Transmittal**
01/28/2015
CT Log Number 526468018

TO:     Kaiper Wilson
        Metropolitan Life Insurance Company
        1095 Avenue of the Americas
        New York, NY 10036-6796

RE:     **Process Served in Florida**

FOR:    Metropolitan Life Insurance Company (Domestic State: NY)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Myles German, Pltf. vs. Metropolitan Life Insurance Company, Dft. |
| **DOCUMENT(S) SERVED:** | Notice(s), Summons, Complaint, Exhibit(s), Letter(s) |
| **COURT/AGENCY:** | Broward County Court, FL<br>Case # CACE15000317DIV13 |
| **NATURE OF ACTION:** | Insurance Litigation - Policy benefits claimed |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Plantation, FL |
| **DATE AND HOUR OF SERVICE:** | By Electronic Receipt on 01/28/2015 |
| **JURISDICTION SERVED :** | Florida |
| **APPEARANCE OR ANSWER DUE:** | Within 20 days after service, exclusive of the day of service (Document(s) may contain additional answer dates) |
| **ATTORNEY(S) / SENDER(S):** | Martin J. Sperry<br>Sperry & Kashi, P.A.<br>100 N.W. 82nd Avenue<br>Suite 305<br>Plantation, FL 33324<br>954-423-6553 |
| **REMARKS:** | Process received by Chief Financial Officer on 01/26/2015, and forwarded to C T Corporation System by electronic delivery on 01/28/2015. |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 01/28/2015, Expected Purge Date: 02/02/2015<br>Image SOP<br>Email Notification, CTServiceof Process ctserviceofprocess@metlife.com |
| **SIGNED:** | C T Corporation System |
| **ADDRESS:** | 1200 South Pine Island Road<br>Plantation, FL 33324 |
| **TELEPHONE:** | 954-473-5503 |

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.



CHIEF FINANCIAL OFFICER
JEFF ATWATER
STATE OF FLORIDA



15-008727

MYLES GERMAN

PLAINTIFF(S),

VS.

METROPOLITAN LIFE INSURANCE COMPANY

DEFENDANT(S).

_____/

SUMMONS, COMPLAINT FOR DISABILITY BENEFITS, EXHIBIT

**CASE #:** CACE-15-000317 DIV 13
**COURT:** CIRCUIT COURT
**COUNTY:** BROWARD
**DFS-SOP#:** 15-008727

## <u>NOTICE OF SERVICE OF PROCESS</u>

NOTICE IS HEREBY GIVEN of acceptance of Service of Process by the Chief Financial Officer of the State of Florida.  Said process was received in my office by MAIL on the 26th day of January, 2015 and a copy was forwarded by Electronic Delivery on the 28th day of January, 2015 to the designated agent for the named entity as shown below.

METROPOLITAN LIFE INSURANCE COMPANY
DONNA MOCH
CT CORPORATION SYSTEM
1200 SOUTH PINE ISLAND ROAD
PLANTATION, FL 33324

\* Our office will only serve the initial process (Summons and Complaint) or Subpoena and is not responsible for transmittal of any subsequent filings, pleadings or documents unless otherwise ordered by the Court pursuant to Florida Rules of Civil Procedure, Rule #1.080.

Jeff Atwater
Chief Financial Officer

cc to: Plaintiff's Representative for filing in appropriate court:

MARTIN J. SPERRY
SUITE 305
100 N.W. 82ND AVE.
PLANTATION FL 33324

AMD

IN THE CIRCUIT COURT OF THE 17ᵗʰ
JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

MYLES GERMAN,                                    CASE NO.

      Plaintiff,

v.

METROPOLITAN LIFE INSURANCE
COMPANY,

      Defendant.

_____/

## SUMMONS

THE STATE OF FLORIDA:
To All and Singular the Sheriffs of said State:

     YOU ARE HEREBY COMMANDED to serve this Summons and a copy of the Complaint
in this action on Defendant:

    **Metropolitan Life Insurance Company, by serving Registered Agent:**
    **Chief Financial Officer, 200 E. Gaines Street, Tallahassee, FL 32399**

Each Defendant is required to serve written defenses to the Complaint on **MARTIN J. SPERRY,
ESQ.**, Plaintiff's attorney, whose address is: **Sperry & Kashi, P.A., 100 N.W. 82ⁿᵈ Avenue, Suite
305, Plantation, FL 33324** {msperry@ssklawgroup.com; ssklaw@aol.com;
sunnygr7ssklaw@gmail.com}; within 20 days after service of this summons on that Defendant,
exclusive of the day of service, and to file the original of the defenses with the clerk of this court
either before service on plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a
default will be entered against that defendant for the relief demanded in the complaint or petition.

    WITNESS my hand and seal of said Court on

                        HOWARD C. FORMAN
                        Clerk of Court

    JAN 12 2015

                        By_____
                        Deputy Clerk

                        **HOWARD C. FORMAN**

Filing # 22284577 E-Filed 01/07/2015 04:03:49 PM

IN THE CIRCUIT COURT OF THE 17th
JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

CASE NO.  CACE 15-000317 Div. 13

MYLES GERMAN,

       Plaintiff,

v.

METROPOLITAN LIFE INSURANCE
COMPANY,

       Defendant.

_____/

## COMPLAINT FOR DISABILITY BENEFITS

       Plaintiff, MYLES GERMAN (German), sues the Defendant, METROPOLITAN LIFE INSURANCE COMPANY (MetLife) and alleges as follows:

       1.     This action is brought pursuit to 29 U.S.C. §502(a)(1)(B) and §1001, et seq., to recover disability benefits due German under the terms of an ERISA Plan (THE PLAN), to enforce his rights under THE PLAN and to clarify his right to future disability benefits under THE PLAN.

       2.     Jurisdiction over German's claim is specifically conferred upon this Court pursuant to the provisions of 29 U.S.C. §1132.

       3.     German is a resident of Palm Beach County, Florida. At all times material hereto he was an employee of AXA Equitable Life Insurance Company (AXA) in Palm Beach County, Florida, and was a participant entitled to recover benefits under THE PLAN. Although technically an independent contractor, German was considered a "statutory employee" of AXA.

       4.     AXA was at all times material hereto German's employer, as described above.

5.      MetLife is a foreign corporation doing business in Broward County, Florida, and writes long-term disability insurance policies.  It maintains offices and representatives and agents in Broward County, Florida.

6.      THE PLAN referred to throughout this Complaint is the AXA Plan, through MetLife, policy plan number 110105-1-G (a copy of the group policy is attached hereto and is incorporated herein by reference as Exhibit 1).

7.      The disability benefits portion of the policy or plan is administered by MetLife.

8.      The plan provides long-term disability benefits at the end of the elimination period of 180 days, and promises to pay if the employee is disabled.  The policy does not require the 180 days to be continuous.

9.      The maximum period for payment of disability benefits for an individual such as German is to age 65 years.

10.     MetLife defines "disability" in the plan as follows:

> *Disabled or Disability means that, due to Sickness or as a direct result of accidental injury:*
>
> - *You are receiving Appropriate Care and Treatment and Complying with the requirements of such treatment; and*
>
> - *You are unable to earn:*
>
> - *during the first 24 months of Sickness or accidental injury (including Your Elimination Period) more than 80% of Your Predisability Earnings at Your Own Occupation from any employer in Your Local Economy; and*
>
> - *after such 24 month period, more than 60% of Your Predisability Earnings from any employer in Your Local Economy at any gainful occupation for which You are reasonably qualified taking into account Your training, education and experience.*

The definitions do not address the ability to perform the duties of one's occupation, nor the amount of time required to be working weekly, monthly or annually.

2

11.     Prior to July 29, 2008, German suffered from multiple medical problems including, but not limited to, serious neck and back problems, residual problems from cervical disc surgery, pain, loss of concentration, fatigue and multiple documented objective symptoms and limitations.

12.     German's occupation was as a personal financial planner and insurance sales representative for AXA.

13.     Had German not dramatically reduced the number of hours worked, it is believed that he would suffer an increase of his symptoms, despite the present medications and doses, placing him at further risk, including the possibility of paralysis.

14.     German worked as long as he could without further putting his health at risk until July 29, 2008, when he was forced to reduce the number of hours worked each week.

15.     Despite the clear and obvious risks and dangers to German's health from the nature of German's work and the hours previously worked by German, MetLife refused to acknowledge German's disability contrary to the opinion of his caregivers who have provided extensive care to the Plaintiff and contrary to MetLife's own retained board certified physiatrist.

16.     The reports of German's treating providers confirmed that he was clearly limited from the material and substantial duties of his regular occupation as a personal financial planner and insurance sales representative and from any gainful occupation for which he was qualified based on training, education and experience, all of which exceeds the definitions of disability. Despite this, without exercising its right under the policy to have German examined by a doctor of its choosing, MetLife wrongfully denied German's claim for long term disability benefits under the policy in question. In fact, MetLife did not take the ERISA permitted 45 days or the

3

extended 90 days, but took over two (2) years and still used the same excuses to deny the claim as it did previously. Such delay is grossly arbitrary and capricious.

17.    A dispute and controversy exists between German and MetLife as to whether German is entitled to past and future long-term disability benefits pursuant to the terms of the PLAN. German is in doubt as to his rights to past and future long-term disability benefits and respectfully requests this Court to declare and determine whether past and future long-term disability benefits are due and owing to him.   German submits that MetLife's denial was arbitrary and capricious.

18.    German submits that he is entitled to long-term disability benefits from July 29, 2008, until age 65. He is entitled to these benefits because:

a)    He has satisfied all of the conditions precedent and pursuant to the terms of THE PLAN.

b)    He meets all of THE PLAN'S requirements for entitlement to long-term disability benefits, and

c)    He has not waived or relinquished his entitlement to benefits under THE PLAN.

19.    German has exhausted his administrative remedies available under THE PLAN/POLICY.

20.    German has necessarily had to hire legal counsel and seeks attorney's fees and costs pursuant to 29 U.S.C. §1132(g).

WHEREFORE, MYLES GERMAN requests that this Court review the denial of benefits in this case and declare that he is entitled to long-term disability benefits from July 29, 2008 (after the elimination period) forward, along with interest on past due amounts. German also

requests that this Court award him attorney's fees and costs for having to prosecute this action in accordance with the provisions of 29 U.S.C. §1132(g).

Dated on this 7th day of January, 2015.

SPERRY & KASHI, P.A.
Attorneys for Plaintiff
100 N.W. 82nd Avenue, Suite 305
Plantation, Florida 33324
Telephone: (954) 423-6553
Facsimile:  (954) 233-1817


By___  */s/ Martin J. Sperry* ___ ___ ___
           MARTIN J. SPERRY
           Florida Bar No. 144917
           msperry@ssklawgroup.com
           ssklaw@aol.com
           sunnygr7ssklaw@gmail.com

5

# Exhibit 1

# YOUR BENEFIT PLAN

**AXA Equitable Life Company**

**Long Term Disability Plan**

**Financial Professionals Not Including Any Financial Professional
Who is also a Retail Sales Manager or under a 12th or 20th Edition Contract or
MONY (54) Financing Plan**

**Effective: January 1, 2008**

Certificate Number 16

AXA Equitable Life Insurance Company
1290 Avenue of the Americas
New York, NY 10104


TO OUR FINANCIAL PROFESSIONALS:


This certificate describes the benefits that are available to You. We urge You to read it carefully. If You have any questions regarding Your Monthly Benefits, please call MetLife at 1-866-729-9201.


AXA Equitable Life Insurance Company


Certificate Number 16



Metropolitan Life Insurance Company
200 Park Avenue, New York, New York 10166

## CERTIFICATE OF INSURANCE

Metropolitan Life Insurance Company ("MetLife"), a stock company, certifies that You are insured for the benefits described in this certificate, subject to the provisions of this certificate. This certificate is issued to You under the Group Policy and it includes the terms and provisions of the Group Policy that describe Your insurance. **PLEASE READ THIS CERTIFICATE CAREFULLY.**

This certificate is part of the Group Policy. The Group Policy is a contract between MetLife and the Policyholder and may be changed or ended without Your consent or notice to You.

| | |
|---|---|
| **Policyholder:** | AXA Equitable Life Insurance Company |
| **Group Policy Number:** | 110105-1-G |
| **Type of Insurance:** | Disability Income Insurance : Long Term Benefits |
| **MetLife Toll Free Number(s):**<br>**For Claim Information** | FOR DISABILITY INCOME CLAIMS: 1-866-729-9201 |

**THIS CERTIFICATE ONLY DESCRIBES DISABILITY INSURANCE.**

**THE BENEFITS OF THE POLICY PROVIDING YOU COVERAGE ARE GOVERNED PRIMARILY BY THE LAWS OF A STATE OTHER THAN FLORIDA.**

**THE GROUP INSURANCE POLICY PROVIDING COVERAGE UNDER THIS CERTIFICATE WAS ISSUED IN A JURISDICTION OTHER THAN MARYLAND AND MAY NOT PROVIDE ALL THE BENEFITS REQUIRED BY MARYLAND LAW.**

**WE ARE REQUIRED BY STATE LAW TO INCLUDE THE NOTICE(S) WHICH APPEAR ON THIS PAGE AND IN THE NOTICE(S) SECTION WHICH FOLLOWS THIS PAGE. PLEASE READ THE(SE) NOTICE(S) CAREFULLY.**

**For Texas Residents:**

## IMPORTANT NOTICE

To obtain information or make a complaint:

You may call MetLife's toll free telephone number for information or to make a complaint at

1-800-300-4296

You may contact the Texas Department of Insurance to obtain information on companies, coverages, rights or complaints at

1-800-252-3439

You may write the Texas Department of Insurance

P.O. Box 149104
Austin, TX 78714-9104
Fax # (512) 475-1771
Web: http://www.tdi.state.tx.us

Email: ConsumerProtection@tdi.state.tx.us

**PREMIUM OR CLAIM DISPUTES:** Should You have a dispute concerning Your premium or about a claim, You should contact MetLife first. If the dispute is not resolved, You may contact the Texas Department of Insurance.

**ATTACH THIS NOTICE TO YOUR CERTIFICATE:** This notice is for information only and does not become a part or condition of the attached document.

**Para Residentes de Texas:**

## AVISO IMPORTANTE

Para obtener informacion o para someter una queja:

Usted puede llamar al numero de telefono gratis de MetLife para informacion o para someter una queja al

1-800-300-4296

Puede comunicarse con el Departamento de Seguros de Texas para obtener informacion acerca de companias, coberturas, derechos o quejas al

1-800-252-3439

Puede escribir al Departamento de Seguros de Texas

P.O. Box 149104
Austin, TX 78714-9104
Fax # (512) 475-1771
Web: http://www.tdi.state.tx.us

Email: ConsumerProtection@tdi.state.tx.us

**DISPUTAS SOBRE PRIMAS O RECLAMOS:** Si tiene una disputa concerniente a su prima o a un reclamo, debe comunicarse con MetLife primero. Si no se resuelve la disputa, puede entonces comunicarse con el departamento (TDI).

**UNA ESTE AVISO A SU CERTIFICADO:** Este aviso es solo para proposito de informacion y no se convierte en parte o condicion del documento adjunto.

GCERT2000
notice/tx

2

## NOTICE FOR RESIDENTS OF ARKANSAS

If You have a question concerning Your coverage or a claim, first contact the Policyholder or group account administrator. If, after doing so, You still have a concern, You may call the toll free telephone number shown on the Certificate Face Page.

If You are still concerned after contacting both the Policyholder and MetLife, You should feel free to contact:

Arkansas Insurance Department

Consumer Services Division

1200 West Third

Little Rock, Arkansas 72204-1904

1-800-852-5494

## NOTICE FOR RESIDENTS OF CALIFORNIA

IMPORTANT NOTICE

TO OBTAIN ADDITIONAL INFORMATION, OR TO MAKE A COMPLAINT, CONTACT THE POLICYHOLDER OR THE METLIFE CLAIM OFFICE SHOWN ON THE EXPLANATION OF BENEFITS YOU RECEIVE AFTER FILING A CLAIM.

IF, AFTER CONTACTING THE POLICYHOLDER AND/OR METLIFE, YOU FEEL THAT A SATISFACTORY SOLUTION HAS NOT BEEN REACHED, YOU MAY FILE A COMPLAINT WITH THE CALIFORNIA INSURANCE DEPARTMENT AT:

DEPARTMENT OF INSURANCE
300 SOUTH SPRING STREET
LOS ANGELES, CA 90013
1 (800) 927-4357

## NOTICE FOR RESIDENTS OF CONNECTICUT

**MANDATORY REHABILITATION**

This certificate contains a mandatory rehabilitation provision, which may require you to participate in vocational training or physical therapy when appropriate.

## NOTICE FOR RESIDENTS OF GEORGIA

**IMPORTANT NOTICE**

The laws of the state of Georgia prohibit insurers from unfairly discriminating against any person based upon his or her status as a victim of family violence.

## NOTICE FOR RESIDENTS OF ILLINOIS

**IMPORTANT NOTICE**

To make a complaint to MetLife, You may write to:

MetLife
200 Park Avenue
New York, New York 10166

The address of the Illinois Department of Insurance is:

Illinois Department of Insurance
Public Services Division
Springfield, Illinois 62767

## NOTICE FOR MASSACHUSETTS RESIDENTS

### CONTINUATION OF DISABILITY INCOME INSURANCE

1. If Your Disability Income Insurance ends due to a Plant Closing or Covered Partial Closing, such insurance will be continued for 90 days after the date it ends.

2. If Your Disability Income Insurance ends because:

   - You cease to be in an Eligible Class; or
   - Your employment terminates;

for any reason other than a Plant Closing or Covered Partial Closing, such insurance will continue for 31 days after the date it ends.

Continuation of Your Disability Income Insurance under the CONTINUATION WITH PREMIUM PAYMENT subsection will end before the end of continuation periods shown above if You become covered for similar benefits under another plan.

**Plant Closing** and **Covered Partial Closing** have the meaning set forth in Massachusetts Annotated Laws, Chapter 151A, Section 71A.

# NOTICE FOR RESIDENTS OF NORTH CAROLINA

## Read your Certificate Carefully.

### This Certificate Contains a Pre-existing Condition Limitation.

## IMPORTANT CANCELLATION INFORMATION

## Please Read The Provision Entitled

## DATE YOUR INSURANCE ENDS

## Found on Pages e/ee

## NOTICE FOR RESIDENTS OF NORTH CAROLINA

UNDER NORTH CAROLINA GENERAL STATUTE SECTION 58-50-40, NO PERSON, EMPLOYER, PRINCIPAL, AGENT, TRUSTEE, OR THIRD PARTY ADMINISTRATOR, WHO IS RESPONSIBLE FOR THE PAYMENT OF GROUP HEALTH OR LIFE INSURANCE OR GROUP HEALTH PLAN PREMIUMS, SHALL:

(1) CAUSE THE CANCELLATION OR NONRENEWAL OF GROUP HEALTH OR LIFE INSURANCE, HOSPITAL, MEDICAL, OR DENTAL SERVICE CORPORATION PLAN, MULTIPLE EMPLOYER WELFARE ARRANGEMENT, OR GROUP HEALTH PLAN COVERAGES AND THE CONSEQUENTIAL LOSS OF THE COVERAGES OF THE PERSONS INSURED, BY WILLFULLY FAILING TO PAY THOSE PREMIUMS IN ACCORDANCE WITH THE TERMS OF THE INSURANCE OR PLAN CONTRACT, AND

(2) WILLFULLY FAIL TO DELIVER, AT LEAST 45 DAYS BEFORE THE TERMINATION OF THOSE COVERAGES, TO ALL PERSONS COVERED BY THE GROUP POLICY A WRITTEN NOTICE OF THE PERSON'S INTENTION TO STOP PAYMENT OF PREMIUMS.  THIS WRITTEN NOTICE MUST ALSO CONTAIN A NOTICE TO ALL PERSONS COVERED BY THE GROUP POLICY OF THEIR RIGHTS TO HEALTH INSURANCE CONVERSION POLICIES UNDER ARTICLE 53 OF CHAPTER 58 OF THE GENERAL STATUTES AND THEIR RIGHTS TO PURCHASE INDIVIDUAL POLICIES UNDER THE FEDERAL HEALTH INSURANCE PORTABILITY AND ACCOUNTABILITY ACT AND UNDER ARTICLE 68 OF CHAPTER 58 OF THE GENERAL STATUTES.

VIOLATION OF THIS LAW IS A FELONY.  ANY PERSON VIOLATING THIS LAW IS ALSO SUBJECT TO A COURT ORDER REQUIRING THE PERSON TO COMPENSATE PERSONS INSURED FOR EXPENSES OR LOSSES INCURRED AS A RESULT OF THE TERMINATION OF THE INSURANCE.

## NOTICE FOR RESIDENTS OF UTAH

### NOTICE TO POLICYHOLDERS

Insurance companies licensed to sell life insurance, health insurance, or annuities in the State of Utah are required by law to be members of an organization called the Utah Life and Health Insurance Guaranty Association ("ULHIGA"). If an insurance company that is licensed to sell insurance in Utah becomes insolvent (bankrupt), and is unable to pay claims to its policyholders, the law requires ULHIGA to pay some of the insurance company's claims. The purpose of this notice is to briefly describe some of the benefits and limitations provided to Utah insureds by ULHIGA.

### PEOPLE ENTITLED TO COVERAGE

- You must be a Utah resident.

- You must have insurance coverage under an individual or group policy.

### POLICIES COVERED

- ULHIGA provides coverage for certain life, health and annuity insurance policies.

### EXCLUSIONS AND LIMITATIONS

Several kinds of insurance policies are specifically excluded from coverage.  There are also a number of limitations to coverage.  The following are not covered by ULHIGA:

- Coverage through an HMO.

- Coverage by insurance companies not licensed in Utah.

- Self-funded and self-insured coverage provided by an employer that is only administered by an insurance company.

- Policies protected by another state's Guaranty Association.

- Policies where the insurance company does not guarantee the benefits.

- Policies where the policyholder bears the risk under the policy.

- Re-insurance contracts.

- Annuity policies that are not issued to and owned by an individual, unless the annuity policy is issued to a pension benefit plan that is covered.

- Policies issued to pension benefit plans protected by the Federal Pension Benefit Guaranty Corporation.

- Policies issued to entities that are not members of the ULHIGA, including health plans, fraternal benefit societies, state pooling plans and mutual assessment companies.

## NOTICE FOR RESIDENTS OF UTAH (continued)

### LIMITS ON AMOUNT OF COVERAGE

Caps are placed on the amount ULHIGA will pay. These caps apply even if you are insured by more than one policy issued by the insolvent company. The maximum ULHIGA will pay is the amount of your coverage or $500,000 — whichever is lower. Other caps also apply:

- $100,000 in net cash surrender values.

- $500,000 in life insurance death benefits (including cash surrender values).

- $500,000 in health insurance benefits.

- $200,000 in annuity benefits — if the annuity is issued to and owned by an individual or the annuity is issued to a pension plan covering government employees.

- $5,000,000 in annuity benefits to the contract holder of annuities issued to pension plans covered by the law. (Other limitations apply).

- Interest rates on some policies may be adjusted downward.

### DISCLAIMER

*PLEASE READ CAREFULLY:*

COVERAGE FROM ULHIGA MAY BE UNAVAILABLE UNDER THIS POLICY. OR, IF AVAILABLE, IT MAY BE SUBJECT TO SUBSTANTIAL LIMITATIONS OR EXCLUSIONS. THE DESCRIPTION OF COVERAGES CONTAINED IN THIS DOCUMENT IS AN OVERVIEW. IT IS NOT A COMPLETE DESCRIPTION. YOU CANNOT RELY ON THIS DOCUMENT AS A DESCRIPTION OF COVERAGE. FOR A COMPLETE DESCRIPTION OF COVERAGE, CONSULT THE UTAH CODE, TITLE 31A, CHAPTER 28.

COVERAGE IS CONDITIONED ON CONTINUED RESIDENCY IN THE STATE OF UTAH.

THE PROTECTION THAT MAY BE PROVIDED BY ULHIGA IS NOT A SUBSTITUTE FOR CONSUMERS' CARE IN SELECTING AN INSURANCE COMPANY THAT IS WELL-MANAGED AND FINANCIALLY STABLE.

INSURANCE COMPANIES AND INSURANCE AGENTS ARE REQUIRED BY LAW TO GIVE YOU THIS NOTICE. THE LAW DOES, HOWEVER, PROHIBIT THEM FROM USING THE EXISTENCE OF ULHIGA AS AN INDUCEMENT TO SELL YOU INSURANCE.

THE ADDRESS OF ULHIGA AND THE INSURANCE DEPARTMENT ARE PROVIDED BELOW.

Utah Life and Health Insurance
Guaranty Association
955 E. Pioneer Rd.
Draper, Utah 84114

Utah Insurance Department
State Office Building, Room 3110
Salt Lake City, Utah 84114

## FOR RESIDENTS OF VIRGINIA

### IMPORTANT INFORMATION REGARDING YOUR INSURANCE

In the event You need to contact someone about this insurance for any reason please contact Your agent. If no agent was involved in the sale of this insurance, or if You have additional questions You may contact the insurance company issuing this insurance at the following address and telephone number:

MetLife
200 Park Avenue
New York, New York 10166
Attn: Corporate Customer Relations Department

To phone in a claim related question, You may call Claims Customer Service at:
1-800-275-4638

If You have been unable to contact or obtain satisfaction from the company or the agent, You may contact the Virginia State Corporation Commission's Bureau of Insurance at:

The Office of the Managed Care Ombudsman
Bureau of Insurance
P.O. Box 1157
Richmond, VA 23209
1-877-310-6560 - toll-free
1-804-371-9032 - locally
**www.scc.virginia.gov** - web address
**ombudsman@scc.virginia.gov** - email

Or:

The Virginia Department of Health (The Center for Quality Health Care Services and Consumer Protection)
3600 West Broad St
Suite 216
Richmond, VA 23230
1-800-955-1819

Written correspondence is preferable so that a record of Your inquiry is maintained. When contacting Your agent, company or the Bureau of Insurance, have Your policy number available.

## NOTICE FOR RESIDENTS OF WISCONSIN

## <u>KEEP THIS NOTICE WITH YOUR INSURANCE PAPERS</u>

**PROBLEMS WITH YOUR INSURANCE?** - If You are having problems with Your insurance company or agent, do not hesitate to contact the insurance company or agent to resolve Your problem.

MetLife
Attn: Corporate Consumer Relations Department
200 Park Avenue
New York, NY 10166-0188
1-800-638-5433

You can also contact the **OFFICE OF THE COMMISSIONER OF INSURANCE**, a state agency which enforces Wisconsin's insurance laws, and file a complaint.  You can contact the **OFFICE OF THE COMMISSIONER OF INSURANCE** by contacting:

Office of the Commissioner of Insurance
Complaints Department
P.O. Box 7873
Madison, WI 53707-7873
1-800-236-8517 outside of Madison or 608-266-0103 in Madison.

## NOTICE FOR RESIDENTS OF ALL STATES

**WORKERS' COMPENSATION**
This certificate does not replace or affect any requirement for coverage by workers' compensation insurance.

**MANDATORY DISABILITY INCOME BENEFIT LAWS**
**For Residents of California, Hawaii, New Jersey, New York, Rhode Island and Puerto Rico**
This certificate does not affect any requirement for any government mandated temporary disability income benefits law.

## TABLE OF CONTENTS

| Section | Page |
|---|---|
| CERTIFICATE FACE PAGE | 1 |
| SCHEDULE OF BENEFITS | 18 |
| DEFINITIONS | 20 |
| ELIGIBILITY PROVISIONS: INSURANCE FOR YOU | 25 |
| Eligible Classes | 25 |
| Date You Are Eligible for Insurance | 25 |
| Enrollment Process | 25 |
| Date Your Insurance Takes Effect | 25 |
| Date Your Insurance Ends | 26 |
| CONTINUATION OF INSURANCE WITH PREMIUM PAYMENT | 27 |
| For Family And Medical Leave | 27 |
| DISABILITY INCOME INSURANCE: LONG TERM BENEFITS | 28 |
| DISABILITY INCOME INSURANCE: INCOME WHICH WILL REDUCE YOUR DISABILITY BENEFIT | 30 |
| DISABILITY INCOME INSURANCE: INCOME WHICH WILL NOT REDUCE YOUR DISABILITY BENEFIT | 31 |
| DISABILITY INCOME INSURANCE: DATE BENEFIT PAYMENTS END | 32 |
| DISABILITY INCOME INSURANCE: PRE-EXISTING CONDITIONS | 33 |
| DISABILITY INCOME INSURANCE: LIMITED DISABILITY BENEFITS | 34 |
| DISABILITY INCOME INSURANCE: EXCLUSIONS | 35 |
| FILING A CLAIM | 36 |
| Assignment | 38 |
| Disability Income Benefit Payments: Who We Will Pay | 38 |
| Entire Contract | 38 |
| Incontestability: Statements Made by You | 38 |
| Misstatement of Age | 38 |
| Conformity with Law | 39 |
| Physical Exams | 39 |
| Autopsy | 39 |
| Gender | 39 |

## TABLE OF CONTENTS (continued)

Overpayments for Disability Income Insurance ................................................................................ 39

## SCHEDULE OF BENEFITS

This schedule shows the benefits that are available under the Group Policy. You will only be insured for the benefits:

- for which You become and remain eligible;
- which You elect, if subject to election; and
- which are in effect.

### Disability Income Insurance For You: Long Term Benefits

### BENEFIT                                    BENEFIT AMOUNT AND HIGHLIGHTS

Eligible Class: Financial Professionals not including any Financial Professional who is also a Retail Sales Manager or under a 12th or 20th Edition Contract or a MONY (54) Financing Plan

**Monthly Benefit:**

You may choose one of the following options set forth below:

| | |
|---|---|
| Option 1 - Non-contributory Insurance............... | 60% of the first $41,667 of Your monthly Predisability Earnings, subject to the INCOME WHICH WILL REDUCE YOUR DISABILITY BENEFIT section. |
| | If You choose Option 1, the Policyholder pays the cost for Your insurance. |
| Option 2 - Contributory Insurance...................... | 60% of the first $41,667 of Your monthly Predisability Earnings, subject to the INCOME WHICH WILL REDUCE YOUR DISABILITY BENEFIT section. . |
| | If You choose Option 2, You must pay the cost for Your insurance. |
| Option 3 - Non-contributory Insurance............... | 40% of the first $62,500 of Your monthly Predisability Earnings, subject to the INCOME WHICH WILL REDUCE YOUR DISABILITY BENEFIT section. |
| | If You choose Option 3, the Policyholder pays the cost for Your insurance. |
| Option 4 - Contributory Insurance...................... | 40% of the first $62,500 of Your monthly Predisability Earnings, subject to the INCOME WHICH WILL REDUCE YOUR DISABILITY BENEFIT section. |
| | If You choose Option 4, You must pay the cost for Your insurance. |
| Option 5 ........................................................ | No Coverage |
| **Maximum Monthly Benefit:** ............................. | $25,000 |
| Minimum Monthly Benefit............................... | 10% of the Monthly Benefit before reductions for Other Income Benefits or $100, whichever is greater. The Minimum Monthly Benefit will not apply if You are in an Overpayment situation or are receiving income from employment. |
| Elimination Period...................................... | The greater of the Short Term Disability maximum benefit period or 180 calendar days |

GCERT2000
sch                                    18

## SCHEDULE OF BENEFITS (continued)

**Maximum Benefit Period***

| Age on Date of<br>Your Disability | Benefit Period |
|---|---|
| Less than age 60 | to age 65 |
| 60 and over | the lesser of:<br>• 60 months; or<br>• To age 70. The period will never be less than 12 months provided Disability is continuous. |

**Note:** The Benefit Period will end on the last day of the month in which You reach the applicable age or You meet the maximum number of monthly benefit payments.

* The Maximum Benefit Period is subject to the LIMITED DISABILITY BENEFITS and DATE BENEFIT PAYMENTS END sections.

Mandatory Rehabilitation ..................................... Yes

Rehabilitation Incentives ..................................... No

## DEFINITIONS

As used in this certificate, the terms listed below will have the meanings set forth below. When defined terms are used in this certificate, they will appear with initial capitalization. The plural use of a term defined in the singular will share the same meaning.

**Actively at Work or Active Work** means that You are performing all of the usual and customary duties of Your job on a Full-Time basis. This must be done at:

- the Employer's place of business;
- an alternate place approved by the Employer; or
- a place to which the Employer's business requires You to travel.

You will be deemed to be Actively at Work during weekends or Employer-approved vacations, holidays or business closures if You were Actively at Work on the last scheduled work day preceding such time off.

**Appropriate Care and Treatment** means medical care and treatment that is:

- given by a Physician whose medical training and clinical specialty are appropriate for treating Your Disability;
- consistent in type, frequency and duration of treatment with relevant guidelines of national medical research, health care coverage organizations and governmental agencies;
- consistent with a Physician's diagnosis of Your Disability; and
- intended to maximize Your medical and functional improvement.

**Beneficiary** means the person(s) to whom We will pay insurance as determined in accordance with the General Provisions section.

**Consumer Price Index** means the CPI-W, the Consumer Price Index for Urban Wage Earners and Clerical Workers published by the U.S. Department of Labor. If the CPI-W is discontinued or replaced, We reserve the right to substitute any other comparable index.

**Contributory Insurance** means insurance for which the Employer requires You to pay any part of the premium.

**Disabled** or **Disability** means that, due to Sickness or as a direct result of accidental injury:

- You are receiving Appropriate Care and Treatment and complying with the requirements of such treatment; and
- You are unable to earn:
  - during the first 24 months of Sickness or accidental injury (including Your Elimination Period), more than 80% of Your Predisability Earnings at Your Own Occupation from any employer in Your Local Economy; and
  - after such 24 month period, more than 60% of Your Predisability Earnings from any employer in Your Local Economy at any gainful occupation for which You are reasonably qualified taking into account Your training, education and experience.

For purposes of determining whether a Disability is the direct result of an accidental injury, the Disability must have occurred within 90 days of the accidental injury and resulted from such injury independent of other causes.

## DEFINITIONS (continued)

If You are Disabled and have received a Monthly Benefit for 12 months, We will adjust Your Predisability Earnings only for the purposes of determining whether You continue to be Disabled and for calculating the Return to Work Incentive, if any.  We will make the initial adjustment as follows:

We will add to Your Predisability Earnings an amount equal to the product of:

* Your Predisability Earnings times the lesser of:
* 7%; or
* The annual rate of increase in the Consumer Price Index for the prior calendar year.

Annually thereafter, We will add an amount to Your adjusted Predisability Earnings calculated by the method set forth above but substituting Your adjusted Predisability Earnings from the prior year for Your Predisability Earnings.  **This adjustment is not a cost of living benefit**.

If Your occupation requires a license, the fact that You lose Your license for any reason will not, in itself, constitute Disability.

**Elimination Period** means the period of Your Disability during which We do not pay benefits. The Elimination Period begins on the day You become Disabled and continues for the period shown in the SCHEDULE OF BENEFITS.

**Employer** means the Policyholder and an affiliate of the Policyholder that participates in the Plan either by signing an adoption and joinder agreement or acting in accordance with any other procedures as may be determined by the Plan Administrator.

**Full-Time** means Active Work on the Employer's regular work schedule for a Financial Professional, as determined by the Employer.

**Local Economy** means the geographic area:

* within which You reside; and
* which offers suitable employment opportunities within a reasonable travel distance.

If You move on or after the date You become Disabled, We may consider both Your former and current residence to be Your Local Economy.

**Non-contributory Insurance** means insurance for which the Policyholder does not require You to pay any part of the premium.

**Own Occupation** means the essential functions You regularly perform that provide Your primary source of earned income.

**Physician** means:

* a person licensed to practice medicine in the jurisdiction where such services are performed; or
* any other person whose services, according to applicable law, must be treated as Physician's services for purposes of the Group Policy.  Each such person must be licensed in the jurisdiction where he performs the service and must act within the scope of that license.  He must also be certified and/or registered if required by such jurisdiction.

**The term does not include:**

* You;
* Your Spouse; or
* any member of Your immediate family including Your and/or Your Spouse's:

GCERT2000

def                                                21

## DEFINITIONS (continued)

- parents;
- children (natural, step or adopted);
- siblings;
- grandparents; or
- grandchildren.

**Policyholder** means AXA Equitable Life Insurance Company.

**Policyholder's Retirement Plan** means the AXA Equitable Retirement Plan.

**Predisability Earnings** means the average of the following forms of Retail Sales Manager compensation and Financial Professional compensation paid during the three full calendar years immediately preceding the April 1st prior to the first day of the policy year, in accordance with the Policyholder's written administrative procedures entitled Annual Redetermination Specifications:

| | |
|---|---|
| C46 | Allowable Bonus |
| M01 | Base Compensation |
| M02 | GPI Bonus |
| M03 | New Organization |
| M04 | Specialized Product Comp |
| M05 | New Organization |
| M06 | Experienced SF Comp |
| M07 | Development Payment |
| M08 | New Organization Prom-DM |
| M09 | Experienced Promoted-DM |
| M10 | Specialized Product Comp |
| M11 | RVP Base Pay |
| M12 | Non Traditional DM Growth |
| M15 | Compensation - Agency Manager |
| M16 | Compensation - Agency Manager |
| M17 | Subsidy |
| M18 | Compensation - Agency Manager |
| M19 | Compensation-District Mgr 'B' |
| M20 | Compensation-District Mgr 'E' |
| M21 | Compensation Override Adj |
| M22 | Production Credit Allowance |
| M23 | Compensation - Assistant Mgr |
| M24 | Compensation - Financial Professional Mgr |
| M25 | Compensation - Equity Coord |
| M26 | Base Pay |
| M27 | 12th Edition Salary |
| M28 | Training Allowance Plan |
| M29 | Amea Award Enrollment |
| M30 | Special Payments |
| M31 | Branch Manager ESF Override |
| N03 | Positive Policy Earnings- 12E |
| N04 | Positive Policy Earnings- Tap |
| N05 | AXA Advisors Commissions |
| N06 | AXA Network Commissions |
| N53 | Initial One Time Payment |
| N80 | Commission Bonus |
| N81 | Commission Bonus |
| N84 | NFP Bonus Payment |
| N85 | Financial Plan Bonus |
| N86 | DM Fast Start Bonus |

GCERT2000

def                                         22

## DEFINITIONS (continued)

| | |
|---|---|
| N87 | DM Performance Bonus |
| R02 | AXA Advisors Recovery Plan |
| R03 | Equisource Recovery Plan |
| R04 | AXA Network Recovery Plan |
| R05 | Recovery Plan |
| R51 | Recovery Plan |
| S01 | Positive Policy Earnings- Agt |
| S02 | Positive Policy Earnings- Mgr |

If You have worked less than three full calendar years, eligible annual earnings shall be determined in accordance with the Policyholder's written administrative procedures entitled Annual Redetermination Specifications. Compensation does not include Fast Start or Development bonuses or any bonuses paid to Financial Professionals that are not listed above. No amount of compensation shall be counted more than once.

Notwithstanding the foregoing, the following rules shall apply:

- For a Financial Professional whom the Employer has designated as an "Experienced Hire," during the first 12 consecutive months in which such Experienced Hire is under contract with the Employer, eligible annual earnings means the Experienced Hire's verified prior year first-year commissions, as determined by the Employer.

- For benefits-eligible Financial Professionals who have entered into a Career Contract with the Employer, for the periods from January 1, 2007 through June 30, 2007, eligible annual earnings means "career contract earnings" as determined by the Employer in accordance with its usual administrative procedures. On or after July 1, 2007, eligible annual earnings shall be determined as defined in the table above.

**Effective September 1, 2008:**

**For Ex-Patriates:** For purposes of determining Your Predisability Earnings Your compensation will be recalculated each April and will be based on Your salary in US dollars on the date You left the US (with potential merit increases each year) and the incentive compensation actually received by You each year, whether paid in US dollars or other currency. For this purpose, incentive compensation paid in a currency other than US dollars will be converted to US dollars using the average of the daily exchange rates published by the European Central Bank for the year in which the incentive compensation is earned.

**The term Predisability Earnings includes:**

- contributions You were making through a salary reduction agreement with the Policyholder to any of the following:
- an Internal Revenue Code (IRC) Section 401(k), 403(b) or 457 deferred compensation arrangement;
- an Employer sponsored executive non-qualified deferred compensation arrangement; and
- Your fringe benefits under an IRC Section 125 plan or IRC Section 132(f).

**The term does not include:**

- awards;
- overtime pay;
- the Employer's contributions on Your behalf to any deferred compensation arrangement or pension plan; or
- stock options; or
- POP; or
- any other compensation from the Employer.

**GCERT2000**

**def**                                                    23

## DEFINITIONS (continued)

**Proof** means Written evidence satisfactory to Us that a person has satisfied the conditions and requirements for any benefit described in this certificate. When a claim is made for any benefit described in this certificate, Proof must establish:

- the nature and extent of the loss or condition;
- Our obligation to pay the claim; and
- the claimant's right to receive payment.

Proof must be provided at the claimant's expense.

**Rehabilitation Program** means a program that has been approved by Us for the purpose of helping You return to work. It may include, but is not limited to, Your participation in one or more of the following activities:

- return to work on a modified basis with a goal of resuming employment for which You are reasonably qualified by training, education, experience and past earnings;
- on-site job analysis;
- job modification/accommodation;
- training to improve job-seeking skills;
- vocational assessment;
- short-term skills enhancement;
- vocational training; or
- restorative therapies to improve functional capacity to return to work.

**Sickness** means illness, disease or pregnancy, including complications of pregnancy.

**Signed** means any symbol or method executed or adopted by a person with the present intention to authenticate a record, which is on or transmitted by paper or electronic media which is acceptable to Us and consistent with applicable law.

**Spouse** means Your lawful Spouse.

**We, Us** and **Our** mean MetLife.

**Written** or **Writing** means a record which is on or transmitted by paper or electronic media which is acceptable to Us and consistent with applicable law.

**You** and **Your** mean a Financial Professional who is insured under the Group Policy for the insurance described in this certificate.

## ELIGIBILITY PROVISIONS: INSURANCE FOR YOU

**ELIGIBLE CLASS(ES)**

**Financial Professional as defined below.**

**Financial Professional** means any individual who has entered into a 10th, 24th, 25th, 14th, 14A or 14B Edition Contract, or a MONY Career (17) Contract or MONY Lifetime (17A) Career Contract, classified as a full-time life insurance salesperson for purposes of the Federal Insurance Contributions Act, and who has met the requirements for eligibility as set forth in the applicable field bulletin published by the Policyholder or an Employer for any plan year.

Individuals under corporate sub-agent, dual professional or broker contracts are not considered Financial Professionals for purposes of the AXA Equitable Long Term Disability Plan. An individual who is also a Retail Sales Manager or under a 12th or 20th Edition Contract or MONY (54) Financing Plan is not insured under this certificate.

An individual engaged under a broker agreement contract or corporate subagent contract (14th C Edition), dual professional contract (14th DP Edition), retiree contract (14th R Edition) or any other nonstandard 14th Edition contract, MONY Life Career Commission Contract (18), MONY Life Commission Contract (31 or 43), MONY Life Commission Contract (For Non-Participating Products) (31), MONY Life Commission Agreement (35), MONY Life Extended Commission Agreement (36), MONY Life Retired Career Contract (18), MONY Life Retired Lifetime Career Contract (17), Trusted Advisors Contract (44), Senior Agents Commission Contract (72), or any other MONY Life contract other than those in paragraph (a) above shall not be eligible for the Plan.

**Retail Sales Manager** means any individual who:

- is a divisional president, divisional executive vice president, divisional senior vice president, agency manager, branch manager, field sales force manager, senior district manager, district manager, assistant agency manager, associate agency manager or an equivalent position as determined by the Policyholder or an Employer; and
- has a current management contract with the Policyholder or an Employer.

**DATE YOU ARE ELIGIBLE FOR INSURANCE**

You will be eligible for insurance on the later of:

If You are in an eligible class on January 1, 2008, You will be eligible for the insurance described in this certificate on that date.

If You enter an eligible class after January 1, 2008, You will be eligible for the insurance described in this certificate on the date You enter that class.

**ENROLLMENT PROCESS**

If You are eligible for insurance, You may enroll for such insurance by completing the required enrollment process when You first become eligible or during an annual open enrollment period. If You enroll for Contributory Insurance, You must also give the Employer Written permission to deduct premiums from Your pay for such insurance. You will be notified by the Employer how much You will be required to contribute.

**DATE YOUR INSURANCE TAKES EFFECT**

*Enrollment When First Eligible*

When You are first eligible, You may elect either Non-contributory or Contributory Disability Income Insurance: Long Term Benefits or elect Option 5 – No Coverage. You must complete the enrollment process within 31 days of becoming eligible for insurance, and such insurance will take effect on the date You become eligible for such insurance if You are Actively at Work on that date. If You elect Option 5 – No Coverage within

## ELIGIBILITY PROVISIONS: INSURANCE FOR YOU (continued)

31 days of becoming eligible, You will not be covered for any amount of Disability Income Insurance: Long Term Benefits.

If You do not complete the enrollment process within 31 days of becoming eligible, You will be covered for insurance under Option 1, effective on the date You become eligible for insurance, and You will not be able to change Your option until the next annual open enrollment period, if eligible, as determined by the Employer.

If You are not Actively at Work on the date insurance would otherwise take effect, insurance will take effect on the day You resume Active Work.

**Enrollment During Any Subsequent Annual Open Enrollment Period**

During any annual open enrollment period as determined by the Policyholder, You may enroll for Disability Income Insurance: Long Term Benefits. The insurance, if any, enrolled for during an annual open enrollment period will take effect on the first day of the calendar year following the annual open enrollment period, if You are Actively at Work on that day.

If You are not Actively at Work on the date an amount of insurance would otherwise take effect, that amount of insurance will take effect on the day You resume Active Work.

**DATE YOUR INSURANCE ENDS**

Your insurance will end on the earliest of:

1.  the date the Group Policy ends; or
2.  the date insurance ends for Your class; or
3.  the end of the period for which the last premium has been paid for You; or
4.  the date You cease to be in an eligible class. You will cease to be in an eligible class on the date You cease Active Work in an eligible class, if You are not Disabled on that date; or
5.  the date You retire in accordance with the Policyholder's Retirement Plan or another tax-qualified retirement plan of the Employer, if You are not Disabled; or
6.  the date Your employment ends, if You are not Disabled.

Please refer to the section entitled CONTINUATION OF INSURANCE WITH PREMIUM PAYMENT for information concerning Continuation For Family and Medical Leave, Continuation of the Insurance at the Policyholder's Option.

## CONTINUATION OF INSURANCE WITH PREMIUM PAYMENT

**FOR FAMILY AND MEDICAL LEAVE**

Certain leaves of absence may qualify under the Family and Medical Leave Act of 1993 (FMLA) for continuation of insurance.  Please contact the Policyholder for information regarding the FMLA.

## DISABILITY INCOME INSURANCE: LONG TERM BENEFITS

If You become Disabled while insured, Proof of Disability must be sent to Us. When We receive such Proof, We will review the claim. If We approve the claim, We will pay the Monthly Benefit up to the Maximum Benefit Period shown in the SCHEDULE OF BENEFITS, subject to THE DATE BENEFIT PAYMENTS END section.

To verify that You continue to be Disabled without interruption after Our initial approval, We may periodically request that You send Us Proof that You continue to be Disabled. Such Proof may include physical exams, exams by independent medical examiners, in-home interviews or functional capacity exams, as needed.

While You are Disabled, the Monthly Benefit described in this certificate will not be affected if:

- Your insurance ends; or
- the Group Policy is amended to change the plan of benefits for Your class.

### BENEFIT PAYMENT

If We approve Your claim, benefits will begin to accrue on the day after the day You complete Your Elimination Period. We will pay the first Monthly Benefit one month after the date benefits begin to accrue. We will make subsequent payments monthly thereafter so long as You remain Disabled. Payment will be based on the number of days You are Disabled during each month and will be pro-rated for any partial month of Disability.

We will pay Monthly Benefits to You. If You die, We will pay the amount of any due and unpaid benefits as described in the GENERAL PROVISIONS subsection entitled Benefit Payments for Disability Income Insurance.

While You are receiving Monthly Benefits, You will not be required to pay premiums for the cost of any Disability income insurance defined as Contributory Insurance.

### RECOVERY FROM A DISABILITY

If You return to Active Work, We will consider You to have recovered from Your Disability.

The provisions of this subsection will not apply if Your insurance has ended and You are eligible for coverage under another group long term disability plan.

#### If You Return to Active Work Before Completing Your Elimination Period

If, before completing Your Elimination Period, You return to Active Work for a period of 90 days or less, and then become Disabled again due to the same or related Sickness or accidental injury, We will not require You to complete a new Elimination Period. We will count those days towards the completion of Your Elimination Period.

If, before completing Your Elimination Period, You return to Active Work for a period of more than 90 days, and then become Disabled again, You will have to complete a new Elimination Period.

For purposes of this provision, the term Active Work only includes those days You actually work.

#### If You Return to Active Work After Completing Your Elimination Period

If, after completing Your Elimination Period, You return to Active Work for a period of 180 days or less, and then become Disabled again due to the same or related Sickness or accidental injury, We will not require You to complete a new Elimination Period. For the purpose of determining Your benefits, We will consider such Disability to be a part of the original Disability and will use the same Predisability Earnings and apply the same terms, provisions and conditions that were used for the original Disability.

If You return to Active Work for a period of more than 180 days and then become Disabled again, You will have to complete a new Elimination Period.

## DISABILITY INCOME INSURANCE: LONG TERM BENEFITS (continued)

For purposes of this provision, the term Active Work includes all of the continuous days which follow Your return to work for which You are not Disabled.

## DISABILITY INCOME INSURANCE: INCOME WHICH WILL REDUCE YOUR DISABILITY BENEFIT

We will reduce Your Disability benefit by the amount of all Other Income. Other Income includes the following:

1.  any disability or retirement benefits which You, Your Spouse or child(ren) receive.
    *   Federal Social Security Act;
    *   Railroad Retirement Act;
    *   any state or public employee retirement or disability plan; and
    *   any pension or disability plan of any other nation or political subdivision thereof.

2.  any income received for retirement under the Policyholder's Retirement Plan or a tax-qualified retirement plan of an Employer, to the extent that it can be attributed to the Employer's contributions.

3.  any income received for disability under:
    *   a group insurance policy to which the Employer has made a contribution, such as:
        *   benefits for loss of time from work due to disability;
        *   installment payments for permanent total disability;
    *   a no-fault auto law for loss of income, excluding supplemental disability benefits;
    *   a government compulsory benefit plan or program which provides payment for loss of time from Your job due to Your disability, whether such payment is made directly by the plan or program, or through a third party;
    *   a self-funded plan, or other arrangement if the Employer contributes toward it or makes payroll deductions for it;
    *   any sick pay, any first-year commissions, renewal commissions, service fees, vacation pay or other salary continuation that the Employer pays to You;
    *   workers compensation or a similar law which provides periodic benefits;
    *   occupational disease laws;
    *   laws providing for maritime maintenance and cure; and
    *   Unemployment insurance law or program.

### SINGLE SUM PAYMENT

If You receive Other Income in the form of a single sum payment, You must, within 10 days after receipt of such payment, give Written Proof satisfactory to Us of:

*   the amount of the single sum payment;
*   the amount to be attributed to income replacement; and
*   the time period for which the payment applies.

When We receive such Proof, We will adjust the amount of Your Disability benefit.

If We do not receive the Written Proof described above, and We know the amount of the single sum payment, We may reduce Your Disability benefit by an amount equal to such benefit until the single sum has been exhausted.

If We adjust the amount of Your Disability benefit due to a single sum payment, the amount of the adjustment will not result in a benefit amount less than the Minimum Monthly Benefit, except in the case of an Overpayment.

If You receive Other Income in the form of a single sum payment and We do not receive the Written Proof described above, and We do not know the amount of the single sum payment, We will suspend Your Disability benefit.  We will notify You in writing when We suspend such benefit.

## DISABILITY INCOME INSURANCE:  INCOME WHICH WILL NOT REDUCE YOUR DISABILITY BENEFIT

We will not reduce Your Disability benefit to less than the Minimum Monthly Benefit shown in the SCHEDULE OF BENEFITS, or by:

- cost of living adjustments that are paid under any of the above sources of Other Income;
- reasonable attorney fees included in any award or settlement.  If the attorney fees are incurred because of Your successful pursuit of Social Security disability benefits, such fees are limited to those approved by the Social Security Administration;
- group credit insurance;
- mortgage disability insurance benefits;
- early retirement benefits that have not been voluntarily taken by You;
- veteran's benefits;
- individual disability income insurance policies;
- benefits received from an accelerated death benefit payment; or
- amounts rolled over to a tax qualified plan unless subsequently received by You while You are receiving Disability benefit payments.

### SUSPENSION OF DISABILITY BENEFITS

If there is a reasonable basis to apply for benefits under the following sources of Other Income, We expect You to apply for them:

- Federal Social Security Act;
- Railroad Retirement Act;
- any state or public employee retirement or disability plan;
- any pension or disability plan of any other nation or political subdivision thereof; or
- workers' compensation or a similar law which provides periodic benefits.

To apply for the above benefits means to pursue such benefits until You receive an approval from the above named sources, or

- for Social Security benefits, a notice of denial of benefits from an administrative law judge, or
- for any of the other benefits specified above, a notice of denial of benefits establishing that all levels of administrative appeal have been exhausted.

If Your application for such benefits is approved, We will reduce Your Disability benefit by the amount You receive from such source(s).

We will suspend Your Disability benefit payments unless We receive proof that You are in the process of applying for such benefits. We will notify You in writing when We suspend Your Disability benefit payments. If, within 90 days of the date of Our notice, We do not receive proof that You have applied for the above benefits, We will pay the Minimum Benefit shown in the SCHEDULE OF BENEFITS.

## DISABILITY INCOME INSURANCE: DATE BENEFIT PAYMENTS END

Your Disability benefit payments will end on the earliest of:

- the end of the Maximum Benefit Period;
- the date benefits end as specified in the section entitled LIMITED DISABILITY BENEFITS;
- the date You are no longer Disabled;
- the date You die;
- the date You cease or refuse to participate in a Rehabilitation Program that We require;
- the date You fail to have a medical exam requested by Us as described in the Physical Exams subsection of the GENERAL PROVISIONS section;
- the date You fail to provide required Proof of continuing Disability.

While You are Disabled, the benefits described in this certificate will not be affected if:

- Your insurance ends; or
- the Group Policy is amended to change the plan of benefits for Your class.

## DISABILITY INCOME INSURANCE: PRE-EXISTING CONDITIONS

**Pre-existing Condition** means a Sickness or accidental injury for which You:

- received medical treatment, consultation, care, or services;
- took prescription medication or had medications prescribed; or
- had symptoms or conditions that would cause a reasonably prudent person to seek diagnosis, care or treatment;

in the 3 months before Your insurance under this certificate takes effect.

In determining whether a Disability is due to a Pre-existing Condition, if within 60 days of the date this insurance takes effect You were covered under another plan providing group disability coverage, We will credit You for any time You were covered under such plan. If Your Disability is due to a Pre-existing Condition as described in this certificate, but would not have been due to a Pre-existing Condition under such plan, We will pay a benefit equal to the lesser of:

- the benefit amount under this certificate; or
- the disability income benefit that would have been payable to You under such plan.

If Your Disability would have been due to a Pre-existing Condition under such plan, it will be treated as having been caused by a Pre-existing Condition under this certificate.

We will not pay benefits, for a Disability that results from a Pre-existing Condition, if You have been Actively at Work for less than 12 consecutive months after the date Your Disability insurance takes effect under this certificate.

**Effective on and after April 9, 2008:**

Pre-existing Condition means a Sickness or accidental injury for which You:

- received medical treatment, consultation, care, or services;
- took prescription medication or had medications prescribed; or
- had symptoms or conditions that would cause a reasonably prudent person to seek diagnosis, care or treatment;

in the 3 months before Your insurance, or any increase in the amount of insurance, under this certificate takes effect.

We will not pay benefits, or any increase in benefit amount due to an elected increase in the amount of Your insurance, for a Disability that results from a Pre-existing Condition, until You have been insured for 12 consecutive months after the date Your Disability insurance, or the elected increase in the amount of such insurance, takes effect under this certificate.

In determining whether a Disability is due to a Pre-existing Condition, if within 60 days of the date this insurance takes effect You were covered under another plan providing group disability income coverage, We will credit You for any time You were covered under such plan.

# DISABILITY INCOME INSURANCE: LONG TERM BENEFITS LIMITED DISABILITY BENEFITS

**For Disability Due to Alcohol, Drug or Substance Addiction**

If You are Disabled due to alcohol, drug or substance addiction, We will limit Your Disability benefits to one period of Disability during Your lifetime. During Your Disability, We require You to participate in an alcohol, drug or substance addiction recovery program recommended by a Physician.

We will end Disability benefit payments at the earliest of:

- the date which immediately follows the 24th month of Your Disability;
- the date You cease or refuse to participate in the recovery program referred to above; or
- the date You complete such recovery program.

**For Disability Due to Mental or Nervous Disorders or Diseases**

If You are Disabled due to a Mental or Nervous Disorder or Disease, We will only pay benefits for **24** months of Disability, including the Elimination Period, per occurrence. In no event will We pay benefits beyond the Maximum Benefit Period.

This limitation will not apply to a Disability resulting from:

- schizophrenia;
- dementia; or
- organic brain disease.

**Mental or Nervous Disorder or Disease** means a medical condition which meets the diagnostic criteria set forth in the most recent edition of the Diagnostic And Statistical Manual Of Mental Disorders as of the date of Your Disability. A condition may be classified as a Mental or Nervous Disorder or Disease regardless of its cause.

## DISABILITY INCOME INSURANCE:  EXCLUSIONS

We will not pay for any Disability caused or contributed to by:

1.  war, whether declared or undeclared, or act of war, insurrection, rebellion or terrorist act;

2.  Your active participation in a riot;

3.  intentionally self-inflicted injury;

4.  attempted suicide; or

5.  commission of or attempt to commit a felony.

## FILING A CLAIM

The Policyholder will certify Your insurance under the Group Policy and send any certified claim information and Proof to Us.

When We receive the certified claim information and Proof, We will review the claim and, if We approve it, We will pay benefits subject to the terms and provisions of this certificate and the Group Policy.

### CLAIMS FOR INSURANCE BENEFITS

**When a claimant files a claim for an initial claim for Disability Income Insurance benefits described in this certificate**, he should send Us both any requested claim information and the required Proof within 90 days of the date of a loss.

Notice of claim and Proof may also be given to Us by following the steps set forth below:

**Step 1**
A claimant may give Us notice by calling Us at the toll free number, 1-866-729-9201, shown in the Certificate Face Page within 20 days of the date of a loss.

**Step 2**
We will send a claim form to the claimant and explain how to complete it. The claimant should receive the claim form within 15 days of giving Us notice of claim.

**Step 3**
When the claimant receives the claim form he should fill it out as instructed and return it with the required Proof described in the claim form.

If the claimant does not receive a claim form within 15 days after giving Us notice of claim, he may send Us Proof using any form sufficient to provide Us with the required Proof.

**Step 4**
The claimant must give Us Proof not later than 90 days after the date of the loss.

If notice of claim or Proof is not given within the time limits described in this section, the delay will not cause a claim to be denied or reduced if such notice and Proof are given as soon as is reasonably possible.

### Items to be Submitted for a Disability Income Insurance Claim

When submitting Proof on an initial or continuing claim for Disability Income insurance, the following items may be required:

- documentation which must include, but is not limited to, the following information:
  - the date Your Disability started;
  - the cause of Your Disability;
  - the prognosis of Your Disability;
  - the continuity of Your Disability; and
  - Your application for:
    - Other Income;
    - Social Security disability benefits; and
    - Workers compensation benefits or benefits under a similar law.
- Written authorization for Us to obtain and release medical, employment and financial information and any other items We may reasonably require to document Your Disability or to determine Your receipt of or eligibility for Other Income;

GCERT2000                                    36
claim

## FILING A CLAIM (continued)

- any and all medical information, including but not limited to:
  - x-ray films; and
  - photocopies of medical records, including:
    - histories,
    - physical, mental or diagnostic examinations; and
    - treatment notes; and
- the names and addresses of all:
  - physicians and medical practitioners who have provided You with diagnosis, treatment or consultation;
  - hospitals or other medical facilities which have provided You with diagnosis, treatment or consultation; and
  - pharmacies which have filled Your prescriptions within the past three years.

**Time Limit on Legal Actions.**  A legal action on a claim may only be brought against Us during a certain period.  This period begins 60 days after the date Proof is filed and ends 3 years after the date such Proof is required.

## GENERAL PROVISIONS

**Assignment**

The rights and benefits under the Group Policy are not assignable prior to a claim for benefits, except as required by law.

**Disability Income Benefit Payments: Who We Will Pay**

We will make any benefit payments during Your lifetime to You or Your legal representative. Any payment made in good faith will discharge Us from liability to the extent of such payment.

Upon Your death, We will pay any amount that is or becomes due to Your designated Beneficiary. If there is no Beneficiary designated or no surviving Beneficiary at Your death we will pay any benefit that is or becomes due, according to the following order:

1.  Your Spouse, if alive;
2.  Your child(ren); if there is no surviving Spouse; or
3.  Your estate, if there is no such surviving child.

If more than one person is eligible to receive payment, We will divide the benefit amount in equal shares.

Payment to a minor or incompetent will be made to such person's guardian. The term "children" or "child" includes natural and adopted children.

Any periodic payments owed to Your estate may be paid in a single sum. Any payment made in good faith will discharge Us from liability to the extent of such payment.

**Entire Contract**

Your insurance is provided under a contract of group insurance with the Policyholder. The entire contract with the Policyholder is made up of the following:

1.  the Group Policy and its Exhibits, which include the certificate(s);
2.  the Policyholder's application; and
3.  any amendments and/or endorsements to the Group Policy.

**Incontestability: Statements Made by You**

Any statement made by You will be considered a representation and not a warranty. We will not use such statement to contest insurance, reduce benefits or defend a claim unless the following requirements are met:

1.  the statement is in a Written application or enrollment form;
2.  You have Signed the application or enrollment form; and
3.  a copy of the application or enrollment form has been given to You or Your Beneficiary.

**Misstatement of Age**

If Your age is misstated, the correct age will be used to determine if insurance is in effect and, as appropriate, We will adjust the benefits and/or premiums.

## GENERAL PROVISIONS (continued)

### Conformity with Law

If the terms and provisions of this certificate do not conform to any applicable law, this certificate shall be interpreted to so conform.

### Physical Exams

If a claim is submitted for insurance benefits, We have the right to ask the insured to be examined by a Physician(s) of Our choice as often as is reasonably necessary to process the claim.  We will pay the cost of such exam.

### Autopsy

We have the right to make a reasonable request for an autopsy where permitted by law. Any such request will set forth the reasons We are requesting the autopsy.

### Gender

Male pronouns will be read as female where applicable.

### Overpayments for Disability Income Insurance

### Recovery of Overpayments

We have the right to recover any amount that We determine to be an overpayment.

An overpayment occurs if We determine that:

* the total amount paid by Us on Your claim is more than the total of the benefits due to You under this certificate; or
* payment We made should have been made by another group plan.

If such overpayment occurs, You have an obligation to reimburse Us.  Our rights and Your obligations in this regard are described in the reimbursement agreement that You are required to sign when You submit a claim for benefits under this certificate.  This agreement:

* confirms that You will reimburse Us for all overpayments; and
* authorizes Us to obtain any information relating to sources of Other Income.

### How We Recover Overpayments

We may recover the overpayment from You by:

* stopping or reducing any future Disability benefits, including the Minimum Monthly Benefit, payable to You or any other payee under the Disability sections of this certificate;
* demanding an immediate refund of the overpayment from You; and/or
* taking legal action.

If the overpayment results from Our having made a payment to You that should have been made under another group plan, We may recover such overpayment from one or more of the following:

* any other insurance company;
* any other organization; or
* any person to or for whom payment was made.

THIS IS THE END OF THE CERTIFICATE.
THE FOLLOWING IS ADDITIONAL INFORMATION.

## SPECIAL SERVICES

**Social Security Assistance Program**

If You become Disabled, MetLife provides You with assistance in applying for Social Security disability benefits. Before outlining the details of this assistance, You should understand why applying for Social Security disability benefits is important.

**Why You Should Apply For Social Security Disability Benefits**

Both You and the Employer contribute payroll taxes to Social Security. A portion of those tax dollars are used to finance Social Security's program of disability protection. Since Your tax dollars help fund this program, it is in Your best interest to apply for any benefits to which You may be entitled. Your spouse and children may also be eligible to receive Social Security disability benefits due to Your Disability. There are several reasons why it may be to Your financial advantage to receive Social Security disability benefits. Some of them are:

1. **Avoids Reduced Retirement Benefits**

   Should You become Disabled and approved for Social Security disability benefits, Social Security will freeze Your earnings record as of the date Social Security determines that Your Disability has begun. This means that the months/years that You are unable to work because of Your Disability will not be counted against You in figuring Your average earnings for retirement and survivors benefit.

2. **Medicare Protection**

   Once You have received 24 months of Social Security disability benefits, You will be eligible for Medicare protection for hospital expenses. You will also be eligible to apply for the medical insurance portion of Medicare.

3. **Trial Work Period**

   Social Security provides a trial work period for the rehabilitation efforts of disabled workers who return to work while still disabled. Full benefit checks can continue for up to 9 months during the trial work period.

4. **Cost-of-Living Increases Awarded by Social Security Will Not Reduce Your Disability Benefits**

   MetLife will not decrease Your Disability benefit by the periodic cost-of-living increases awarded by Social Security. This is also true for any cost-of-living increases awarded by Social Security to Your spouse and children.

   This is called a Social Security "freeze." It means that only the Social Security benefit awarded to You and Your dependents will be used by MetLife to reduce Your Disability benefit; with the following exceptions:

   a) an error by Social Security in computing the initial amount;

   b) a change in dependent status; or

   c) Your Employer submitting updated earnings records to Social Security for earnings received prior to Your Disability.

   Over a period of years, the net effect of these cost-of-living increases can be substantial.

**How MetLife Assists You in the Social Security Approval Process**

As soon as You apply for Disability benefits, MetLife begins assisting You with the Social Security approval process.

## SPECIAL SERVICES

1. **Assistance Throughout the Application Process**

   MetLife has a dedicated team of Social Security Specialists. These Specialists, many of whom have worked for the Social Security Administration, are also located within our Claim Department. They provide expert assistance up front, offer support while You are completing the Social Security forms, and help guide You through the application process.

2. **Guidance Through Appeal Process by Social Security Specialists**

   Social Security disability benefits may be initially denied, but are often approved following an appeal. If Your benefits are denied, our dedicated team of Social Security Specialists provides expert assistance on an appeal if Your situation warrants continuing the appeal process. They guide You through each stage of the appeal process. These stages may include:

   a) Reconsideration by the Social Security Administration

   b) Hearing before an Administrative Law Judge

   c) Review by an Appeals Council established within the Social Security Administration in Washington, D.C.

   d) A civil suit in Federal Court

3. **Social Security Attorneys**

   Depending on Your individual needs, MetLife may provide a referral to an attorney who specializes in Social Security law. The Social Security approved attorney's fee is credited to the Long Term Disability overpayment, which results upon Your receipt of the retroactive Social Security benefits. The attorney's fee, which is capped by Social Security law, will be deducted from the lump sum Social Security Disability benefits award and will not be used to further reduce Your Long Term Disability benefit.

**Early Intervention Program**

The MetLife Early Intervention Program is offered to all covered participants, and Your participation is voluntary*. The program helps identify early those participants who might benefit from vocational analyses and rehabilitation services before they are eligible for Long Term Disability benefits. Early rehabilitation efforts are more likely to reduce the length of Your Long Term Disability and help You return to work sooner than expected.

If You cannot work, or can only work part-time due to a Disability, Your Employer will notify MetLife. Our Clinical Specialists may be able to assist You by:

1. Reviewing and evaluating Your disabling condition, even before a claim for Long Term Disability benefits is submitted (with Your consent);

2. Designing individualized return to work plans that focus on Your abilities, with the goal of return to work;

3. Identifying local community resources;

4. Coordinating services with other benefit providers, including: medical carrier, short term disability carrier,* workers' compensation carrier, and state disability plans;

5. Monitoring return to work plans in progress and modifying them as recommended by the attending physician (with Your consent).

Our assistance is offered at no cost to either You or Your Employer.

* If You also have MetLife Short Term Disability Plan Management, these services are provided automatically. Notification by Your Employer is not necessary.

## SPECIAL SERVICES

**Return To Work Program**

**Goal of Rehabilitation**
The goal of MetLife is to focus on an individual's abilities, instead of disabilities. This "abilities" philosophy is the foundation of our Return to Work Program. By focusing on what You can do versus what You can't, we can assist You in returning to work sooner than expected.

**Return-to-Work Services**
As a covered Financial Professional You are eligible to participate in our Return-to-Work Program. The program aims to identify the necessary training and therapy that can help You return to work. In many cases, this means helping You return to Your former occupation, although rehabilitation can also lead to a new occupation which is better suited to Your condition and makes the most of Your abilities. There is no additional cost to You for the services we provide, and they are tailored to meet Your individual needs. These services include, but are not limited to, the following:

1. **Vocational Analyses**

   Assessment and counseling to help determine how Your skills and abilities can be applied to a new or a modified job with the Employer.

2. **Labor Market Surveys**

   Studies to find jobs available in Your locale that would utilize Your abilities and skills. Also identify one's earning potential for a specific occupation.

3. **Retraining Programs**

   Programs to facilitate return to Your previous job, or to train You for a new job.

4. **Job Modifications/Accommodations**

   Analyses of job demands and functions to determine what modifications may be made to maximize Your employment opportunities.

   This also includes changes in Your job or accommodations to help You perform the previous job or a similar vocation, as required under the Americans With Disabilities Act (ADA).

5. **Job Seeking Skills and Job Placement Assistance**

   Special training to identify abilities, set goals, develop resumes, polish interviewing techniques, and provide other career search assistance.

**Return-to-Work Program Staff**
The Case Manager handling Your claim will coordinate return-to-work services. You may be referred to a clinical specialist, such as a Nurse Consultant, Psychiatric Clinical Specialist, or Vocational Rehabilitation Consultant, who has advanced training and education to help people with disabilities return to work. One of our clinical specialists will work with You directly, as well as with local support services and resources. They have returned hundreds of individuals to meaningful, gainful employment.

**Rehabilitation Vendor Specialists**
In many situations, the services of independent vocational rehabilitation specialists may be utilized. Services are obtained at no additional cost to You; MetLife pays for all vendor services. Selecting a rehabilitation vendor is based on:

1. attending physician's evaluation and recommendations;

2. Your individual vocational needs; and

3. vendor's credentials, specialty, reputation and experience.

When working with vendors, we continue to collaborate with You and Your doctor to develop an appropriate return-to-work plan.

A-3

## ERISA INFORMATION

**NAME AND ADDRESS OF EMPLOYER**

AXA Equitable Life Insurance Company
1290 Avenue of the Americas
New York, NY 10104
1-212-554-1234

A list of affiliates that participate in the Plan may be obtained by contacting the Plan Administrator.

**EMPLOYER IDENTIFICATION NUMBER**: 13-5570651

**PLAN ADMINISTRATOR**

Administrative Committee
c/o AXA Equitable Life Insurance Company
1290 Avenue of the Americas
New York, NY 10104
1-800- 829-2633

Prior to May 17, 2007, the Officers Committee on Benefit Plans was the Plan Administrator.

| PLAN NUMBER | COVERAGE | PLAN NAME |
|---|---|---|
| 509 | Long Term Disability Benefits | Long Term Disability Plan |

**TYPE OF ADMINISTRATION**

The above listed benefits are insured by Metropolitan Life Insurance Company ("MetLife").

MetLife is liable for any benefits described in this certificate. The group policy specifies the time when and the circumstances under which MetLife is liable for long term disability benefits.

**AGENT FOR SERVICE OF LEGAL PROCESS**

Service of legal process may be made upon the Plan Administrator at the above address. For disputes arising under those portions of the Plan insured by MetLife, service of legal process may be made upon MetLife at one of its local offices, or upon the supervisory official of the Insurance Dept. in the state in which You reside.

**ELIGIBILITY FOR INSURANCE; DESCRIPTION OR SUMMARY OF BENEFITS**

Your MetLife certificate describes the eligibility requirements for insurance provided by MetLife under the Plan. It also includes a detailed description of the insurance provided by MetLife under the Plan. You will only be insured for the benefits which are in effect for You on the date of Your Disability.

**PLAN TERMINATION OR CHANGES**

The group policy sets forth those situations in which the Policyholder and/or MetLife have the rights to end the policy.

The Policyholder reserves the right to change or terminate the Plan at any time. Therefore, there is no guarantee that You will be eligible for the insurance described herein for the duration of Your service. A participating affiliate can terminate participation in the Plan at any time.

Your consent or the consent of Your beneficiary is not required to terminate, modify, amend, or change any or all provisions of the Plan.

A-6

In the event Your insurance ends in accordance with the "Date Your Insurance Ends" subsection of Your certificate, You may still be eligible to receive benefits. The circumstances under which benefits are available are described in Your MetLife certificate.

**Please note:** If You elect Option 5 - No Coverage and You become Disabled, You will not receive benefits from this Plan and You will not be eligible for health care under the AXA Equitable Heath Plan or the AXA Equitable Retiree Health Plan (unless You otherwise meet eligibility requirements for retiree health coverage) or for company paid life insurance under the AXA Equitable Group Life Insurance Plan.

## CONTRIBUTIONS

The Employer will pay the cost of Disability Income Insurance: Long Term Benefits - Option 1 and Option 3 - Non-Contributory.

If You elect coverage under Option 2 or Option 4, You must pay the cost of Disability Income Insurance: Long Term Benefits on a post-tax basis.

If You fail to make any premium payment, Your Long Term Disability Insurance will terminate in accordance with the Policyholder's administrative procedure.

MetLife sets the total premium rate for insurance provided under this certificate. Rates are available by calling the AXA Equitable Benefits Center at 1-800- 829-2633.

## PLAN YEAR

The Plan's fiscal records are kept on a Plan year basis beginning each January 1st and ending on the following December 31st.

### CLAIMS INFORMATION

**Disability Benefits Claims**

**Routine Questions**

If there is any question about a claim payment, You may request an explanation from MetLife.

**Claim Submission**

For claims for Disability benefits, You must report the claim to MetLife and, if requested, complete the appropriate claim form. You must also submit the required proof as described in the "Filing A Claim" section of the certificate.

Claim forms requested by MetLife must be submitted in accordance with the instructions on the claim form.

**Initial Determination**

After You submit a claim for Disability benefits to MetLife, MetLife will review Your claim and notify You of its decision to approve or deny Your claim.

Such notification will be provided to You within a reasonable period, not to exceed 45 days from the date You submitted Your claim; except for situations requiring an extension of time because of matters beyond the control of the Plan, in which case MetLife may have up to two (2) additional extensions of 30 days each to provide You such notification. If MetLife needs an extension, it will notify You prior to the expiration of the initial 45 day period (or prior to the expiration of the first 30 day extension period if a second 30 day extension period is needed), state the reason why the extension is needed, and state when it will make its determination. If an extension is needed because You did not provide sufficient information or filed an incomplete claim, the time from the date of MetLife's notice requesting further information and an extension until MetLife receives the requested information does not count toward the time period MetLife is allowed to notify You as to its claim decision. You will have 45 days to provide the requested information from the date You receive the extension notice requesting further information from MetLife. If MetLife denies Your claim in

whole or in part, the notification of the claims decision will state the reason why Your claim was denied and reference the specific Plan provision(s) on which the denial is based. If the claim is denied because MetLife did not receive sufficient information, the claims decision will describe the additional information needed and explain why such information is needed. Further, if an internal rule, protocol, guideline or other criterion was relied upon in making the denial, the claims decision will state the rule, protocol, guideline or other criteria or indicate that such rule, protocol, guideline or other criteria was relied upon and that You may request a copy free of charge. The notice will also include a description of the Plan's review procedures and the time limits applicable to such procedures, including a statement of the claimant's right to bring a civil action under ERISA section 502(a) following an adverse benefit determination on review.

### Appealing the Initial Determination

If MetLife denies Your claim, You may appeal the decision. Upon Your written request, MetLife will provide You free of charge with copies of documents, records and other information relevant to Your claim. You must submit Your appeal to MetLife at the address indicated on the claim form within 180 days of receiving MetLife's decision.
Appeals must be in writing and must include at least the following information:

- Name of Financial Professional
- Name of the Plan
- Reference to the initial decision
- An explanation of why You are appealing the initial determination

As part of Your appeal, You may submit any written comments, documents, records, or other information relating to Your claim. You will be provided, upon Your request and free of charge, reasonable access to, and copies of all documents, records, and other information relevant to the claimant's claim for benefits. A document, record or other information will be considered "relevant" to a claim if such document, record, or other information:

(1) was relied upon in making the benefit determination;

(2) was submitted, considered or generated in the course of making the benefit determination, without regard to whether such document, record or other information was relied upon in making the benefit determination; or

(3) demonstrates compliance with this claims procedure.

After MetLife receives Your written request appealing the initial determination, MetLife will conduct a full and fair review of Your claim. Deference will not be given to the initial denial, and MetLife's review will look at the claim anew. The review on appeal will take into account all comments, documents, records, and other information that You submit relating to Your claim without regard to whether such information was submitted or considered in the initial determination. The person who will review Your appeal will not be the same person as the person who made the initial decision to deny Your claim. In addition, the person who is reviewing the appeal will not be a subordinate of the person who made the initial decision to deny Your claim. If the initial denial is based in whole or in part on a medical judgment, MetLife will consult with a health care professional with appropriate training and experience in the field of medicine involved in the medical judgment. This health care professional will not have consulted on the initial determination, and will not be a subordinate of any person who was consulted on the initial determination. MetLife will identify any medical or vocational experts whose advice was obtained on behalf of the Plan in connection with an adverse benefit determination without regard to whether the advice was relied upon in making the benefit determination.

MetLife will notify You in writing of its final decision within a reasonable period of time, but no later than 45 days after MetLife's receipt of Your written request for review, except that under special circumstances MetLife may have up to an additional 45 days to provide written notification of the final decision. If such an extension is required, MetLife will notify You prior to the expiration of the initial 45 day period, state the reason(s) why such an extension is needed, and state when it will make its determination. If an extension is needed because You did not provide sufficient information, the time period from MetLife's notice to You of the need for an extension to when MetLife receives the requested information does not count toward the time

MetLife is allowed to notify You of its final decision. You will have 45 days to provide the requested information from the date You receive the notice from MetLife.

If MetLife denies the claim on appeal, MetLife will send You a final written decision that states:

(a) the specific reason(s) why the claim You appealed is being denied and references any specific Plan provision(s) on which the denial is based;

(b) if an internal rule, protocol, guideline or other criterion was relied upon in denying the claim on appeal, the rule, protocol, guideline or other criteria or that such rule, protocol, guideline or other criteria was relied upon and that You may request a copy free of charge.

(c) that, You will be provided, upon Your request and free of charge, reasonable access to, and copies of all documents, records, and other information relevant to the claimant's claim for benefits. A document, record or other information will be considered "relevant" to a claim if such document, record, or other information:

　　(1)　was relied upon in making the benefit determination;

　　(2)　was submitted, considered or generated in the course of making the benefit determination, without regard to whether such document, record or other information was relied upon in making the benefit determination; or

　　(3)　demonstrates compliance with this claims procedure.

(d) a description of any voluntary appeal procedures offered by the Plan and Your right to obtain the information about such procedures;

(e) Your right to bring a civil action under ERISA section 502(a); and

(f) the following statement: "You and Your plan may have other voluntary alternative dispute resolution options, such as mediation. One way to find out what be available is to contact Your local U.S. Department of Labor Office and Your State insurance regulatory agency."

**Appeal of Adverse Eligibility Determination**

If Your claim to enroll in the Plan is denied, You or Your authorized representative may request a review of the claim by submitting a written request to the Benefits Appeal Committee, AXA Equitable Life Insurance Company, 1290 Avenue of the Americas, New York, NY 10104 within 60 days after You receive notice of the adverse eligibility determination. You or Your authorized representative may submit written comments, documents, records and other information to the Benefits Appeal Committee with the appeal. Upon request, You or Your authorized representative may review all relevant Plan documents, records, and other information relevant to the appeal and receive copies, free of charge, of such documents. Only one appeal is allowed.

The Benefits Appeal Committee will review the claim taking into account all comments, documents, records and other information submitted by You or on Your behalf, regardless of whether You originally submitted the information or if it was considered in the initial eligibility determination.

The Benefits Appeal Committee will make a prompt decision on the appeal not later than 60 days after its receipt of a request for a review, unless special circumstances require an extension of time for processing. If the Benefits Appeal Committee determines that an extension of time for processing is required, the Benefits Appeal Committee will furnish You with written notice of the extension prior to the termination of the initial 60-day period. The extension shall not exceed a period of 60 days from the end of the initial period. The extension notice will indicate the special circumstances requiring an extension of time and the date by which the determination on review is expected to be rendered.

The Benefits Appeal Committee will notify You in writing of its decision of the appeal. The notice will state, in a manner calculated to be understood by You, the following:

1) the specific reason or reasons for the adverse determination,
2) references to the specific Plan provisions on which the benefit determination is based,
3) that You are entitled to receive, upon request, and free of charge, reasonable access to, and copies of, all documents, records, and other information relevant to Your claim for benefits, and
4) that You have the right to bring a civil action under ERISA section 502(a).

**Discretionary Authority of Plan Administrator and Other Plan Fiduciaries**

In carrying out their respective responsibilities with respect to the insured portion of the Plan, the Plan Administrator and other Plan fiduciaries, including MetLife, shall have discretionary authority to interpret the terms of the Plan and to determine eligibility for and entitlement to Plan benefits in accordance with the terms of the Plan. Any interpretation or determination made pursuant to such discretionary authority shall be given full force and effect, unless it can be shown that the interpretation or determination was arbitrary and capricious.

## STATEMENT OF ERISA RIGHTS

The following statement is required by federal law and regulation.

As a participant in the Plan, You are entitled to certain rights and protections under the Employee Retirement Income Security Act of 1974, as amended (ERISA). ERISA provides that all participants shall be entitled to:

### Receive Information About Your Plan and Benefits

Examine, without charge, at the Plan Administrator's office and at other specified locations, all Plan documents, including insurance contracts and a copy of the latest annual report (Form 5500 Series) filed by the Plan with the U.S. Department of Labor and available at the Public Disclosure Room of the Employee Benefits Security Administration.

Obtain, upon written request to the Plan Administrator, copies of documents governing the operation of the Plan, including insurance contracts and copies of the latest annual report (Form 5500 Series) and updated summary plan descriptions. The Plan Administrator may make a reasonable charge for the copies.

Receive a summary of the Plan's annual financial report. The Plan Administrator is required by law to furnish each participant with a copy of this summary annual report.

### Prudent Actions by Plan Fiduciaries

In addition to creating rights for Plan participants, ERISA imposes duties upon the people who are responsible for the operation of the employee benefit plan. The people who operate Your Plan, called "fiduciaries" of the Plan, have a duty to do so prudently and in the interest of You and other Plan participants and beneficiaries.

No one, including Your employer or any other person, may fire You or otherwise discriminate against You in any way to prevent You from obtaining a welfare benefit or exercising Your rights under ERISA.

### Enforce Your Rights

If Your claim for a welfare benefit is denied or ignored in whole or in part, You have a right to know why this was done, to obtain copies of documents relating to the decision without charge, and to appeal any denial, all within certain time schedules.

Under ERISA, there are steps You can take to enforce the above rights. For instance, if You request a copy of Plan documents or the latest annual report and do not receive them within 30 days, You may file suit in a Federal court. In such a case, the court may require the Plan Administrator to provide the materials and pay You up to $110 a day until You receive the materials, unless the materials were not sent because of reasons beyond the control of the Plan Administrator. If You have a claim for benefits which is denied or ignored, in whole or in part, You may file suit in a state or Federal court.

If it should happen that Plan fiduciaries misuse the Plan's money, or if You are discriminated against for asserting Your rights, You may seek assistance from the U.S. Department of Labor, or You may file suit in a Federal court.

The court will decide who should pay court costs and legal fees. If You are successful, the court may order the person You have sued to pay these costs and fees. If You lose, the court may order You to pay these costs and fees; for example, if it finds Your claim is frivolous.

**Assistance with Your Questions**

If You have any questions about Your Plan, You should contact the Plan Administrator. If You have any questions about this statement or about Your rights under ERISA, or if You need assistance in obtaining documents from the Plan Administrator, You should contact the nearest office of the Employee Benefits Security Administration, U.S. Department of Labor, listed in Your telephone directory or the Division of Technical Assistance and Inquiries, Employee Benefits Security Administration, U.S. Department of Labor, 200 Constitution Avenue N.W., Washington, D.C. 20210 You may also obtain certain publications about Your rights and responsibilities under ERISA by calling the publications hotline of the Employee Benefits Security Administration.

**FUTURE OF THE PLAN**

It is hoped that the Plan will be continued indefinitely, but AXA Equitable Life Insurance Company reserves the right to change, amend or terminate the Plan or any benefit under the Plan in its sole discretion at any time.

January 1, 2008

*Law Office of*

# Sperry & Kashi, P.A.

*Attorneys and Certified Circuit Civil Mediators*
100 N. W. 82nd Avenue, Suite 305
Plantation, Florida 33324
Telephone (954) 423-6553
Facsimile (954) 233-1817

Martin J. Sperry                                                                                                   Joseph S. Kashi
*Board Certified Civil Trial Lawyer*                     January 20, 2015

Chief Financial Officer
200 E. Gaines Street
Tallahassee, FL  32399

      Re:    German v. Metropolitan Life Insurance Company

Dear Sir or Madam:

      Enclosed are 2 copies of the Summons and 1 copy of the Complaint for service of process.  Also enclosed is our check in the amount of $15.00, and a return envelope.

      Thank you for your attention to this matter.

               Very truly yours,

               SPERRY & KASHI, P.A.

               By _Martin J. Sperry (sr)_
               MARTIN J. SPERRY
               For the Firm
               *(signed in Mr. Sperry's absence to avoid delay)*

MJS/sr
Enc.